IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:07cr16-SPM

PEDRO ENRIQUE RIVERA,

_____Defendant._____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue

sentencing (doc. 50) is granted.  The sentencing hearing is reset for 1:30 p.m. on

March 3, 2008, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of January, 2008.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge