IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:07cr16-SPM

PEDRO ENRIQUE RIVERA,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue sentencing hearing (doc. 52) is granted. The sentencing hearing is reset for 1:30 p.m. on April 7, 2008, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 29th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge